No. 22-10058

I<small>N</small> T<small>HE</small>

# United States Court of Appeals

F<small>OR</small> T<small>HE</small> N<small>INTH</small> C<small>IRCUIT</small>

U<small>NITED</small> S<small>TATES OF</small> A<small>MERICA</small>,

*Appellee,*

v.

P<small>ANGANG</small> G<small>ROUP</small> C<small>O</small>., L<small>TD</small>.; P<small>ANGANG</small> G<small>ROUP</small> S<small>TEEL</small> V<small>ANADIUM</small> & T<small>ITANIUM</small> C<small>O</small>. L<small>TD</small>.; P<small>ANGANG</small> G<small>ROUP</small> T<small>ITANIUM</small> I<small>NDUSTRY</small> C<small>O</small>., L<small>TD</small>.; P<small>ANGANG</small> G<small>ROUP</small> I<small>NTERNATIONAL</small> E<small>CONOMIC</small> & T<small>RADING</small> C<small>O</small>.,

*Defendants-Appellants.*

*On Appeal from the U.S. District Court for the Northern District of California, Hon. Jeffrey S. White, District Judge, Case No. 4:11-cr-00573-JSW*

## EXCERPTS OF RECORD TABLE OF CONTENTS

William B. Adams
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

Michael T. Packard
Alex H. Loomis
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100

Robert P. Feldman
Joseph E. Reed
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
(650) 801-5000

John M. Potter
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600

*Counsel for Defendants-Appellants*

June 16, 2023

# TABLE OF CONTENTS

## VOLUME I

| *D.E.* | *Title of Document* | *Date* | *Page* |
|---|---|---|---|
| 1305 | Order Denying Second Motion to Dismiss Third Superseding Indictment and Continuing Status Hearing | 02/25/22 | ER-2 |
| 1223 | Order Denying Motion to Dismiss Indictment and Setting Status Conference | 08/26/19 | ER-23 |

## VOLUME II

| *D.E.* | *Title of Document* | *Date* | *Page* |
|---|---|---|---|
| | Excerpts of Transcript of Proceedings Held on January 14, 2022 | 01/14/22 | ER-44 |
| 1301 | Notice of Questions for Hearing on Second Motion to Dismiss Third Superseding Indictment | 01/12/22 | ER-50 |
| 1298 | Excerpts of Pangang Defendants' Reply in Support of Their Motion To Dismiss Indictment | 12/21/21 | ER-53 |
| 1297 | Excerpts of United States' Opposition to the Pangang Defendants' Second Motion to Dismiss and Partial Motion to Strike | 12/14/21 | ER-57 |
| 1295 | Excerpts of Pangang Defendants' Notice of Motion and Motion to Dismiss Indictment | 11/30/21 | ER-64 |
| 1220 | Excerpts of Transcript of Proceedings Held on August 13, 2019 | 08/15/19 | ER-72 |
| 1117 | Criminal Minute Order | 02/19/19 | ER-78 |

| 1064 | Magistrate Judge Minute Order | 09/06/18 | ER-79 |
| 971 | Third Superseding Indictment | 01/05/16 | ER-81 |
| 124 | Declaration of Andrew Z. Szamosszegi in Support of United States' Opposition to Pangang Group Defendants' Motion to Quash Service | 12/14/12 | ER-102 |
| 83 | Letter From Robert P. Feldman to Hon. Elizabeth D. Laporte, Dated February 29, 2012 | 03/01/12 | ER-109 |
| 64 | Excerpts of Superseding Indictment | 02/17/12 | ER-111 |
| 1307 | Notice of Appeal | 03/04/22 | ER-138 |
| | Docket Sheet | | ER-140 |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Excerpts of Record with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: June 16, 2023    s/ Robert P. Feldman
Robert P. Feldman